IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 15-cr-00037-RMR-1<br>23-cr-00290-RMR-1 | Date: March 6, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |
| Probation Officer: Lynn Matesi and Paige Meador | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Brian Dunn |
| Plaintiff, | |
| v. | |
| 1. ARON JOHN RADEJ, | Jolie Masterson<br>Mark Johnson |
| Defendant. | |

## COURTROOM MINUTES

**3:14 p.m.**     **Court in session.**

Discussion regarding plea agreement in 23-cr-00290-RMR.

For the reasons stated on the record, the Court rejects the Defendant's proposed plea agreement.

**ORDERED:   Defendant's Motion Requesting that the Court Accept the 11(c)1(C) Plea Pursuant to the Factors of §3553(a) filed in 23-cr-00290-RMR [ECF 39] is DENIED.**

**15-cr-00037-RMR-1   REVOCATION OF SUPERVISED RELEASE**

Defendant sworn.

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Defendant admits violations 1 and 2 of supervised release as stated in the Third Superseding Petition [ECF 86]

The Government represents that it will not be proceeding as to the remaining violations stated in the Third Superseding Petition.

Discussion and argument regarding objections to the supervised release violation report and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** **Supervised Release is revoked.**

**ORDERED:** **Defendant shall be imprisoned for 2 years to run consecutive to with sentence in 23-cr-00290-RMR. No additional term of supervised release will be imposed.**

Defendant advised of right to appeal.

**23-cr-00290-RMR-1 SENTENCING**

Discussion and argument regarding pending motions and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** **Government's Motion for Decrease for Acceptance of Responsibility [ECF 40] is GRANTED.**

**ORDERED:** **Defendant shall be imprisoned for 180 months as to each of Counts 1, 2,3, and 4 all such terms to run concurrently. This sentence shall run consecutive with Defendant's sentence in 15-cr-00037-RMR.**

**ORDERED:** **Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years as to each of Counts 1, 2, 3, and 4 all such terms to run concurrently.**

**ORDERED:** **Conditions of Supervised Release, as stated on record.**

**ORDERED:** Defendant shall pay a $400.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment.  Interest on restitution is waived.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

The Court recommends that the Bureau of Prisons conduct a mental health and drug addiction evaluation of the Defendant and that he be allowed to participate in the RDAP program.

The Court recommends that the director of the Bureau of Prisons place the Defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

Defendant advised of right to appeal.

**4:58 p.m.      Court in recess.**

Hearing concluded.
Total time in court:    1:44